UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE STOKES, individually, on a representative basis, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>JOHN CHRISTNER TRUCKING, LLC, an Oklahoma Limited Liability Company; HIRSCHBACH, INC., an Indiana Corporation; HIRSCHBACH MOTOR LINES, INC., an Iowa Corporation; and DOES 1 through 20, inclusive;<br><br>Defendants. | Case No.: 5:24-cv-01921-KK-SP<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT:

1. Plaintiff's individual claims in the above-referenced action shall be DISMISSED WITH PREJUDICE,
2. The putative class action and representative PAGA claims in the above-referenced action shall be DISMISSED WITHOUT PREJUDICE, and
3. Each party shall bear his or its own attorneys' fees and costs as further specified in the settlement agreement.

**IT IS SO ORDERED.**

Dated: October 6, 2026

Hon. Kenly Kiya Kato
United States District Judge